FILED

UNITED STATES COURT OF APPEALS

OCT 11 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 09-50529 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:09-CR-00083-H-1 |
| v. | Southern District of California, San Diego |
| WALTER EDWARD BAGDASARIAN, | ORDER |
| Defendant - Appellant. | |

Before: KOZINSKI, Chief Judge, REINHARDT and WARDLAW, Circuit Judges.

Defendants-Appellant shall file a response to Plaintiff-Appellee's Petition for Rehearing en banc. The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order. Parties who are registered for ECF must file the response electronically without submission of paper copies. Parties who are not registered ECF filers must file the original response plus 50 paper copies.