FILED

DEC 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50529 |
| Plaintiff - Appellee, | D.C. No. 3:09-CR-00083-H-1<br>Southern District of California,<br>San Diego |
| v. | |
| WALTER EDWARD BAGDASARIAN, | ORDER |
| Defendant - Appellant. | |

Before: KOZINSKI, Chief Judge, REINHARDT and WARDLAW, Circuit Judges.

The majority of the panel has voted to deny the petition for rehearing en banc. Judge Wardlaw would grant the petition.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is denied.

The Defendant-Appellant's motion to allow opposition to the Government's petition for rehearing en banc is denied as moot.