# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER EDWARD BAGDASARIAN (1),<br><br>Defendant. | Criminal Case No. 09CR0083-H<br><br>ORDER TO RELEASE PASSPORT |

IT APPEARING THAT the United States Court of Appeals for the Ninth Circuit has issued a formal mandate reversing the conviction of defendant Walter Edward Bagdasarian and has denied the Government's Petition for Rehearing En Banc, and

IT APPEARING THAT on January 9, 2012, this Court held a hearing to spread the mandate and vacated the conviction of said defendant,

IT IS HEREBY ORDERED that the defendant's U.S. Passport held by U.S. Pretrial Services be released forthwith and returned to the defendant.

DATED: January 11, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT