UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WALTER EDWARD BAGDASARIAN (1),<br><br>　　　　　　　　　　Defendant. | CASE NO. 09CR0083-H<br><br>JUDGMENT OF DISMISSAL |

FILED
JAN 11 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_　the United States Court of Appeals for the Ninth Circuit has reversed the conviction of the defendant

_X_　of the offense(s) as charged in the Superseding Indictment:

18 U.S.C. 879(a)(3) - Making Threats Against A Major Candidate for

President of the United States

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged. The conviction of the defendant and previously imposed sentence are hereby set aside and vacated.

DATED: 1-11-12

　　　　　　　　　　　　　　　　_MARILYN L. HUFF_
　　　　　　　　　　　　　　　　MARILYN L. HUFF, U.S. District Judge
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT