UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WALTER EDWARD BAGDASARIAN (1),

11837-298        Defendant.

CASE NO. 09CR0083-H

JUDGMENT OF DISMISSAL

FILED
JAN 11 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      DEPUTY

FILED
JAN 18 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the United States Court of Appeals for the Ninth Circuit has reversed the conviction of the defendant

__X__ of the offense(s) as charged in the Superseding Indictment:

18 U.S.C. 879(a)(3) - Making Threats Against A Major Candidate for President of the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged. The conviction of the defendant and previously imposed sentence are hereby set aside and vacated.

DATED: 1-11-12

_____
MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT

I have executed within DISMISSAL
Judgement and Commitment on 1/17/2012
United States Marshal
By: _____
USMS Criminal Section